**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 39 MAL 2020

Respondent   :

  :

  :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

v.   :

  :

  :

ERIC GALTON DANIELS,   :

  :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.